IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(2) ANTHONY WAYNE COPE,<br><br>Defendant. | §§§§§§§§§§§§§<br><br>CRIMINAL NO. EP-20-CR-1957-DB |

## UNITED STATES' MOTION TO DISMISS SUPERSEDING INDICTMENT AND SECOND SUPERSEDING INDICTMENT

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the Superseding Indictment and Second Superseding Indictment, without prejudice, against Defendant **ANTHONY WAYNE COPE**.

Dated:                                         Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY


BY:  */s/ Richard D. Watts*
      RICHARD D. WATTS
      Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

James Darnell
Attorney for Defendant

                                                       */s/ Richard D. Watts*
                                                       RICHARD D. WATTS
                                                       Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| Plaintiff, | § § | **CRIMINAL NO. EP-20-CR-1957-DB** |
| v. | § § | |
| **(2) ANTHONY WAYNE COPE,** | § § § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO DISMISS SUPERSEDING INDICTMENT AND SECOND SUPERSEDING INDICTMENT

On this date came to be considered United States' Motion to Dismiss the Superseding Indictment and Second Superseding Indictment in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Superseding Indictment filed on July 28, 2021 and Second Superseding Indictment filed on June 15, 2022, regarding Defendant, **ANTHONY WAYNE COPE,** be dismissed, without prejudice.

SIGNED this _____ day of _____, 2022.

_____
DAVID BRIONES
UNITED STATES DISTRICT JUDGE